UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80706-CIV-MARRA

ANDREW PRETKA et al.,

Plaintiffs,

vs.

KOLTER CITY PLAZA II INC.,

Defendant.
_____/

## JUDGMENT

Based upon the separately entered Order granting in part and denying in part Defendant's Motion for Bill of Costs, Motion for Fees and Costs and Supplemental Motion for Attorney's fees, Judgment is hereby entered on behalf of Defendant Kolter City Plaza II, Inc. and against Plaintiffs Andrew Pretka, Paul Litvak, Michele Litvak, Peter O'Connell, Harriet Dinari, Bruce Fisher, Daniel D'Loughy, Helene Bednowitz, Mindy Bednowitz, Renee Pfefferbaum, Clarence Elder and Barbara Elder in the amount of $12,939.80 in statutorily reimbursable costs, $781,301.60 in attorney's fees and $4,850.00 in supplemental attorney's fees for a total of $799,091.40.   The liability of each Plaintiff for this judgment shall not be joint and several. Each Plaintiff shall be liable for a proportionate share of the judgment ( 1/12 or 8.33% of the judgment which equals $66,590.95).

The Judgment shall bear interest at the rate of 0.11% per annum from the date of this

Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of September, 2014.

_____
KENNETH A. MARRA
United States District Judge